Commonwealth *v.* Holcomb, Appellant.

Submitted September 10, 1973. Before WRIGHT, P. J., WATKINS, JACOBS, HOFFMAN, SPAULDING, CERCONE, and SPAETH, JJ.

*R. Barclay Surrick*, Assistant Public Defender, for appellant.

*Philip J. O'Malley*, Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 8, 1973:

On this appeal from sentence on a guilty plea, the brief of defendant's counsel is not in compliance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967), and *Commonwealth v. Baker*, 429 Pa. 209 (1968). In part one of the brief counsel states, without elaboration, that the sentencing court abused its discretion in summarily refusing to allow withdrawal of the guilty plea. The second part of the brief concludes that the plea was valid and counsel asks to withdraw under *Commonwealth v. Baker*, supra.

As stated in *Commonwealth v. Sanchez*, 224 Pa. Superior Ct. 391, 392, 307 A. 2d 387 (1973), counsel may *either* act as an advocate and argue the merits *or* seek to withdraw, if, after a thorough review, the appeal is found to be without merit.

The case is remanded to the court below with direction that appellant's counsel prepare an adequate, proper, and consistent brief.

WRIGHT, P. J., dissents.